## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAMELA DANIEL, : | |
|     Plaintiff, : | |
| vs. : | CIVIL ACTION NO.: |
| : | 3:14-cv-00726-JBA |
| : | |
| MIDLAND CREDIT MANAGEMENT, : | |
| INC., and DOES 1 through 10, inclusive, : | |
| : | |
|     Defendants. : | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, PAMELA DANIEL, by counsel, and Defendant, MIDLAND CREDIT MANAEGEMENT, INC., and DOES 1 through 10, inclusive, by counsel, hereby stipulate and agree that Plaintiff's action against MIDLAND CREDIT MANAGEMENT.; and DOES 1 through 10, inclusive, should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

///

///

///

///

///

///

///

Dated: April 3, 2015 RESPECTFULLY SUBMITTED,

        By: /s/ Daniel G. Ruggerio
        Daniel G. Ruggiero, #412574
        P.O. Box 291
        Canton, MA 02021
        Phone: 339-237-0343
        Fax: 339-707-2808
        Email: druggieroesq@gmail.com
        *Counsel for Plaintiff,*
        *Pamela Daniel*


        By: /s/ Nicole R. Fernandes
        Nicole R. Fernandes (ct29311)
        *Attorney for Defendant,*
        *Midland Credit Management, Inc.*
        1010 Washington Boulevard
        Stamford, Connecticut 06901
        Telephone No.: (203) 388-9100
        Fascimile No.: (203) 388-9101
        Nicole.Fernandes@wilsonelser.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PAMELA DANIEL, | : | |
|     Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO.: |
| | : | 3:14-cv-00726-JBA |
| | : | |
| MIDLAND CREDIT MANAGEMENT, | : | |
| INC., and DOES 1 through 10, inclusive, | : | |
| | : | |
|     Defendants. | : | |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff PAMELA DANIEL against Defendants MIDLAND CREDIT MANAGEMENT and DOES 1through 10, inclusive, are dismissed, with prejudice. Plaintiff PAMELA DANIEL and Defendant MIDLAND CREDIT MANAGEMENT shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:_____

_____

District Court Judge

District of Connecticut